IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT, | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 6:20-cv-00584-ADA  **JURY TRIAL DEMANDED** |
| Plaintiff, | | |
| v. | | |
| GOOGLE, LLC, | | |
| Defendant | | |

**DECLARATION OF TIMOTHY DEWBERRY ON BEHALF OF PLAINTIFF BRAZOS LICENSING & DEVELOPMENT IN SUPPORT OF PLAINTIFF'S _DAUBERT_ MOTION TO EXCLUDE THE OPINIONS OF DR. BENJAMIN B. BEDERSON**

I, Timothy Dewberry, declare as follows:

1. I am an attorney duly admitted to practice before this Court.

2. I am a principal of Folio Law Group PLLC, counsel of record for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing & Development ("Brazos").

3. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

4. I make this declaration in support of Plaintiff Brazos Licensing & Development's *Daubert* Motion to Exclude Opinions of Dr. Benjamin B. Bederson.

5. Attached, as Exhibit A, is a true and correct copy of excerpts from the May 3, 2023 *Rebuttal Expert Report of Dr. Benjamin B. Bederson Regarding Non-Infringement of U.S. Patent No. 8,803,697*.

6. Attached, as Exhibit B, is a true and correct copy of the first Markman order (Dkt. No. 49) and this Court's ultimately adopted preliminary construction of "mobile communications device" e-mailed to all counsel February 15, 2023, prior to the supplemental Markman hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Austin, Texas, on June 28, 2023.

By:  */s/ Timothy Dewberry*
Timothy Dewberry