# EXHIBIT 3

# EXHIBIT F

EXHIBIT

8

# Terhi Rautiainen

Data scientist at Nitor

Finland

## Contact

www.linkedin.com/in/trautiainen
(LinkedIn)

## Top Skills

Statistical Data Analysis

Machine Learning

Data Fusion

## Certifications

Deep Learning Specialization

AWS Certified Solution Architect - Associate

Reinforcement Learning Specialization

AWS Certified Machine Learning - Specialty

Data Engineering Nanodegree

## Experience

### Nitor
Senior data scientist
January 2019 - Present (4 years 5 months)

### Tieto
Lead data scientist
November 2015 - December 2018 (3 years 2 months)

Energy, forestry, process and manufacturing domains:
Customer analytics, sales and funnel conversion analytics, process modeling
and optimization, root cause analysis for quality improvements, text analytics,
topic modeling.

### Microsoft
Data scientist
April 2014 - October 2015 (1 year 7 months)

Supply chain, planning, demand forecasting, material and inventory
management related analytics.

### Nokia
Data scientist
June 2013 - April 2014 (11 months)

Supply chain, planning, demand forecasting, material and inventory
management related analytics.

### Aalto University
Senior research fellow
October 2012 - June 2013 (9 months)

Smart electric grid load-balancing research: developing pricing strategies for
demand response management, modelling intelligent scheduling of charging
smart appliances and electric vehicles.

### Nokia Research Center
Senior researcher

January 1999 - October 2012 (13 years 10 months)

Data analysis, algorithm development, field measurements, prototyping and project managament for various research projects: wireless gesture sensing, remote vital sign sensing, sensor assisted indoor positioning, radio channel modelling, radio network optimization.

------

## Education

### Oxford University

Doctor of Philosophy (D.Phil.), Computational materials science · (1995 - 1999)

### Tampere University of Technology

Master of Science (M.Sc.), Electrical engineering · (1989 - 1994)