# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 6:20-cv-584-ADA<br><br>JURY TRIAL DEMANDED |

## INDEX OF NON-CONFIDENTIAL DOCUMENTS TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND PARTIAL SUMMARY JUDGMENT OF INVALIDITY

The following documents are publicly filed as attachments to the above-referenced sealed document:

1. Exhibits 1, 11, 12, 13, 14 and 15.

Date: June 28, 2023

Respectfully submitted,

*/s/ T. Gregory Lanier, with permission by Shaun W. Hassett*
T. Gregory Lanier (pro hac vice)
**Jones Day**
1755 Embarcadero Road
Palo Alto, California, 94303
+1 (650) 739-3939
+1 (650) 739-3900 facsimile
tglanier@jonesday.com

Michael E. Jones (Texas Bar No. 10929400)
Shaun W. Hassett (Texas Bar No. 24074372)
**Potter Minton, P.C.**
102 North College, Suite 900
Tyler, Texas, 75702
+1 (903) 597-8311
+1 (903) 593-0846 facsimile

mikejones@potterminton.com
shaunhassett@potterminton.com

Tracy A. Stitt
Edwin O. Garcia
**Jones Day**
51 Louisiana Avenue NW
Washington, DC 20001
+1 (202) 879-3641
tastitt@jonesday.com
edwingarcia@jonesday.com

***Attorneys for Defendant Google LLC***