# Exhibit 11

Google Canada Blog                Latest stories    Product updates    Company news

GOOGLE NEST

# The new Nest Thermostat: more energy savings for more people

Oct 12, 2020  ·  3 min read

**R**  Ruchi Desai
Senior Product Manager, Google Nest

Share

Nest launched its first smart thermostat almost ten years ago, bringing energy savings to people's homes in a sleek, beautiful design. Today we're continuing that tradition with the Nest Thermostat, an easy to use, energy-saving thermostat that you can control from anywhere with the Google Home app. It can even monitor your heating and cooling system and help detect potential issues early, all for just $179.99.

We built this thermostat because people want to use less energy at home, whether to save money or help the environment. But most people are still using the decades-old thermostat that came with their house. To many, smart thermostats still seem too expensive—something that would be nice to have, but not something for their home. So we set out to change that—here's what you can expect from the new Nest Thermostat.

**More ways to help you save energy**
Saving energy is the biggest reason people consider upgrading from a programmable thermostat, and the new Nest Thermostat can help find ways to save that aren't possible with your traditional one.

Quick Schedule (found in the Home app) lets you set a custom temperature at different times and on different days, and it even offers suggested pre-set temperatures that balance comfort and energy saving. You can adjust your settings anytime from the app.

With Savings Finder, Nest Thermostat is constantly looking for small optimizations that will help you save energy in your home. It proactively suggests small tweaks to your schedule that you can accept using the Home app. For example, it might suggest a small change to your sleep temperature to help aid sleep while saving you more on energy.

Finally, the Nest Thermostat can help you avoid heating or cooling an empty house. It uses Soli technology for motion sensing and your phone's location to check if you've left the house and automatically sets itself to an Eco temperature so you don't waste energy when you're not there.

**Easy to install, set-up and use**
You can install your own Nest Thermostat in 30 minutes or less. It works in the majority of houses, and you can check if it works in your home before purchasing with our online Compatibility Checker. And in addition to the Home app, you can also control the thermostat with your voice using Google Assistant on your Nest speaker or display, or with Alexa on other smart devices.

Google serves cookies to analyze traffic to this site. Information about your use of our site is shared with Google for that purpose. See details.   OK

GOOG-WSOU584-00045187



**Clean, simple and sustainable design**
The Nest Thermostat has a sleek design and comes in a variety of colours to complement any home: Snow, Charcoal, Sand and Fog. And while we know some people will want to do their own touch-up painting when they remove their old thermostat, we're now offering a Nest Thermostat Trim Kit, designed to cover any imperfections on the wall in perfectly matched Nest Thermostat colours.



The Nest Thermostat is also designed with recycled materials, continuing our commitment to sustainability: Its plastic parts contain 49 percent recycled post-consumer plastic, and the Trim Kit is made from 75 percent recycled post-consumer plastic.

**Helpful alerts to keep an eye on your heating and cooling system**
Homeowners know how critical heating and cooling systems are, and if they break, they can be expensive to replace. With HVAC monitoring, your Nest Thermostat looks out for potential issues to help make sure everything's running smoothly with your HVAC system.

If your Nest Thermostat notices that something's not right, it sends an alert via the Home app or email. From there, it's easy to schedule a visit from a qualified technician through our partner Handy with someone in your area with preferred pricing, flexible online scheduling and money-back guarantee. This feature will start rolling out to all eligible Nest thermostats in Canada later this month with pro booking support available in most markets.

**Where and when**
You can pre-order the Nest Thermostat starting today, and it will be available in the coming weeks for $179.99 in Canada on the Google Store and select retailers including Best Buy, Bed Bath & Beyond, Home Depot, Lowes, Rogers and Staples, with the Trim Kit sold separately at those same locations ($19.99 in Canada). ■

GOOG-WSOU584-00045188

POSTED IN: Google Nest

## Related stories



**GOOGLE NEST**

You Can't Stop The Beat - Apple Music now available on Nest Devices in Canada

We've got the music covered for your next holiday party! As of today, you can now ask Google Assistant on Google Nest and other Assistant-enabled smart speakers and disp...

By Google Canada  ·  Dec 09, 2021

**GOOGLE NEST**

Nest Cam with floodlight is a smarter floodlight for your home

A floodlight does two great things for your front porch: It creates ambient light that welcomes family and visitors to your home — and it deters unwanted guests. But tra...

By Google Canada  ·  Oct 05, 2021

**GOOGLE NEST**

11 things to love about the new Nest Cam and Doorbell

Google Nest Cam (battery) and Google Nest Doorbell (battery) are the latest additions to the Nest family, and they're Nest's first battery-powered Nest devices, bui...

By Google Canada  ·  Aug 05, 2021

Follow Us  
Google

Privacy · Terms · About Google · Google Products · About the blog

Help · English (Canada)

GOOG-WSOU584-00045189