# EXHIBIT H



How It Works    Our Infrastructure    Options    Learn More    Portal Login



Google aims to deliver its services with high performance, high reliability, and low latency for users, in a manner that respects open internet principles.

We've invested in network infrastructure that's aligned with this goal and that allows us to work with network operators to exchange traffic efficiently and cost-effectively.

Google's network infrastructure has three distinct elements:

  Data Centers

  Edge Points of Presence (POPs)

  Edge Nodes (Google Global Cache, or GGC)

Data Centers
↓

↑
Overview



GOOG-WSOU584-00201214



How It Works    Our Infrastructure    Options    Learn More    Portal Login



the Americas, Europe and Asia that we use for computation and backend storage.

Our data centers are the heart of Google content and services.

Google has built a large, specialized data network to link all of its data centers together so that content can be replicated across multiple sites for resilience, and services can be delivered closest to the end user.

More information on our data centers.

More information on our Google Cloud Platform regions.



Edge POPs





Data Centers

GOOG-WSOU584-00201215



How It Works    Our Infrastructure    Options    Learn More    Portal Login



connect Google's network to the rest of the internet via peering. We're present on over 200 internet exchanges and at over 100 interconnection facilities around the world.

Google operates a large, global meshed network that connects our edge PoPs to our data centers.

By operating an extensive global network of interconnection points we can bring Google traffic closer to our peers, thereby reducing their costs and providing users with a better experience.

See our record in peeringdb.com



Map of metros where at least one edge POP is present.

Edge Nodes (GGC)


GOOG-WSOU584-00201216



How It Works    Our Infrastructure    Options    Learn More    Portal Login



## Edge Nodes (Google Global Cache, or GGC)

Our edge nodes represent the tier of Google's infrastructure closest to our users. With our edge nodes, network operators and internet service providers deploy Google-supplied servers inside their network.

Static content that's very popular with the local host's user base, including YouTube and Google Play, is temporarily cached on edge nodes. Google's traffic management systems direct user requests to an edge node that provides the best experience.



Map of metros where at least one edge node (GGC) is present.

Case 6:20-cv-00584-ADA   Document 185-1   Filed 07/27/23   Page 6 of 6



How It Works    Our Infrastructure    Options    Learn More    Portal Login

Lean more about how to connect with Google

Edge network options

GOOG-WSOU584-00201218