# EXHIBIT O



Product

# Nest Thermostat.
## Presence sensing with Soli.

**Soli technology in the Nest Thermostat.**

Meet the Nest Thermostat which uses Soli technology to help create a borderless, mirrored display and sense motion.

**Seamless integration.**

The Soli sensor is integrated into the mirror display. Since the radar signal penetrates through the plastic and glass, the enclosure is seamless without the need for an aperture.

**Help saving energy.**

Nest thermostats are designed to help save energy and one way they do this is by limiting energy that's wasted on heating or cooling a home when nobody's there. If you turn on this setting, the thermostats will use motion sensing to detect if you've stepped out and can automatically turn down to your preferred Eco temperature.

## Our latest experiments.

March, 2022

### Ripple: Open Radar API Standard

Ripple, hosted by the Consumer Technology Association (CTA)®, is developing an open radar API standard to enable radar hardware / software interoperability and accelerate the growth of applications for general purpose consumer radar.