# EXHIBIT Q

https://atap.google.com/soli/products/ Go FEB MAR APR 03 2021 2022 2023
4 captures
03 Mar 2022 – 28 Mar 2022

Product

# Pixel 4.
## Motion Sense with Soli.

Soli technology in Pixel 4.

Our team has introduced the Soli chip, platform, and interaction model to the Pixel 4 phone. The Soli sensor is located at the top of the phone, creating an interactive hemisphere that can sense and understand movements around the phone[1].

Pixel 4 was the first device with Soli, powering Motion Sense which allows you to skip songs, snooze alarms, and silence phone calls without touching your phone. Motion Sense is available in select countries[2].

https://atap.google.com/soli/products/ Go FEB MAR APR 03 2021 2022 2023
4 captures
03 Mar 2022 – 28 Mar 2022

### Use of technology.

Soli employs a fundamentally different sensing paradigm based on motion. We were able to fit Soli's entire antenna array for Pixel 4 on a 5 mm x 6.5 mm x 0.873 mm chip package, allowing the radar to be integrated in the top of the phone.

https://atap.google.com/soli/products/ Go FEB MAR APR 03 2021 2022 2023
4 captures
03 Mar 2022 – 28 Mar 2022

### Use of interactions.

The Pixel 4 supports swipes, taps, reach, and presence. Swipe is often used to navigate media, such as switching songs. Tap pauses or plays media. Reach turns on the face authentication, and presence turns off the display when you walk away. These features combine to make the Pixel 4 a polite device which accepts the right interaction for the situation at hand.

### UsTwo Headed South

Headed South is an experience that introduces Soli's Quick Gestures to you in a playful and engaging way. Through your journey, learn, practice, and master the use of Soli gestures to gather a flock of birds and fly south to escape the storm.

Google play

## Our latest experiments.

March, 2020

### A New Interaction Language

Five years of research went into developing Soli, a miniature radar chip that detects motion and understands nonverbal cues. The team behind the project details what it took to design a truly intuitive interface, and why this is only the beginning.

