# EXHIBIT R



Product

# Nest Hub.
## Quick Gestures.

**Soli technology in Nest Hub.**

Meet the second-gen Nest Hub from Google,[4] featuring Quick Gestures enabled by Soli technology. Quick Gestures help you quickly take action and focus on what matters. Play or pause a song or video, snooze an alarm, or even stop a timer with a wave of your hand. In the kitchen or on your bedside table, Nest Hub is the center of your helpful home.

*Google Nest Hub requires a Wi-Fi network, a nearby electrical outlet, and a compatible (Android, iOS) mobile device. Minimum OS requirements are available at g.co/home/req. iOS is a trademark of Cisco and is used under license.

**Just wave your hand.**

Quick Gestures use Soli technology to detect when your hand moves – without a camera. You can use Quick Gestures to control many Nest Hub features. Play or pause a song or video, snooze an alarm, and stop a timer.

**Long range gestures.**

For the Nest Hub, our team tuned Soli's radar settings for an expanded gesture sensing range of 3m. This allows for natural interactions in a larger area of the home. In order to deliver this, we collected a new dataset of gesture samples and updated our model architecture to improve performance.

## Our latest experiments.

March, 2021

**Contactless Sleep Sensing in Nest Hub.**

Sleep Sensing in Nest Hub demonstrates the first wellness application of Soli, a miniature radar sensor that can be used for gesture sensing at various scales, from a finger tap to movements of a person's body.