# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT, <br><br>   *Plaintiff*, <br><br> v. <br><br> GOOGLE LLC <br><br>   *Defendant*. | Case No. 6:20-cv-00578-ADA <br><br> Case No. 6:20-cv-00580-ADA <br><br> Case No. 6:20-cv-00584-ADA <br><br> **JURY TRIAL DEMANDED** |

# AMENDED SCHEDULING ORDER

The Court ORDERS that the following modified schedule will govern remaining case deadlines up to and including the trial of the above-captioned matters and hereby vacates all prior scheduling orders and deadlines in these matters:

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline to serve amended final infringement contentions if leave is granted (-578 Case only) | N/A | Friday, March 21, 2025 |
| Deadline to serve amended final invalidity contentions if leave is granted (-578 Case only) | N/A | Friday, April 11, 2025 |
| Serve opening expert reports (-578 Case only) | Friday, January 24, 2025 | Friday, April 18, 2025 |
| Serve rebuttal expert reports (-578 Case only) | Friday, February 21, 2025 | Friday, May 23, 2025 |

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline for second meet and confer to discuss narrowing number of claims asserted and prior art references at issue | Tuesday, March 18, 2025 | Friday, June 13, 2025 |
| Close of expert discovery (-578 Case only) | Friday, March 21, 2025 | Friday, June 20, 2025 |
| File joint report regarding narrowing number of claims asserted and prior art references at issue | Friday, March 21, 2025 | Friday, June 20, 2025 |
| Deadline for any dispositive motions and *Daubert* motions (-578 Case only) | Friday, March 28, 2025 | Friday, June 27, 2025 |
| Serve pretrial disclosures (jury instructions, exhibit lists, witness lists, deposition designations) | Friday, April 11, 2025 | Friday, July 11, 2025 |
| Deadline for responses to any dispositive and *Daubert* motions (-578 Case only) | Friday, April 18, 2025 | Friday, July 18, 2025 |
| Deadline for replies in support of any dispositive and *Daubert* motions (-578 Case only) | Friday, April 25, 2025 | Friday, July 25, 2025 |
| Serve objections to pretrial disclosures/rebuttal disclosures (-578 Case only). | Friday, May 2, 2025 | Friday, August 1, 2025 |
| Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference dates. | Monday, May 5, 2025 | Monday, August 4, 2025 |
| Serve objections to rebuttal disclosures and file Motions in Limine (-578 Case only). | Friday, May 16, 2025 | Friday, August 15, 2025 |

| Event | Current Date | Proposed Date |
|---|---|---|
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to Motions in Limine | Friday, May 30, 2025 | Friday, August 29, 2025 |
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on Motions in Limine (-578 Case only) | Friday, June 6, 2025 | Friday, September 5, 2025 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on Motions in Limine (-578 Case only). | Friday, June 6, 2025 | Friday, September 5, 2025 |
| Final Pretrial Conference | Tuesday, June 10, 2025 | Tuesday, September 9, 2025 |
| Jury Selection/Trial for -578, -580, and -584 Cases | Monday, June 23, 2025 | Monday, September 22, 2025 |

SIGNED this ____ day of _____ 2025.

– 3 –

– 4 –

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE