# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT, | ) ) ) | Case No. 6:20-cv-00578-ADA |
| *Plaintiff,* | ) ) ) | Case No. 6:20-cv-00580-ADA |
| v. | ) ) | Case No. 6:20-cv-00584-ADA |
| GOOGLE LLC | ) ) | **JURY TRIAL DEMANDED** |
| *Defendant.* | ) ) ) | |

**AMENDED SCHEDULING ORDER**

The Court ORDERS that the following modified schedule will govern remaining case deadlines up to and including the trial of the above-captioned matters and hereby vacates all prior scheduling orders and deadlines in these matters:

| Event | Current Date | Proposed Date |
|---|---|---|
| Serve opening expert reports (-578 Case only) | Friday, January 24, 2025 | Wednesday, March 12, 2025 |
| Serve rebuttal expert reports (-578 Case only) | Friday, February 21, 2025 | Friday, April 4, 2025 |
| Deadline for second meet and confer to discuss narrowing number of claims asserted and prior art references at issue | Tuesday, March 18, 2025 | Tuesday, April 15, 2025 |
| Close of expert discovery (-578 Case only) | Friday, March 21, 2025 | Friday, April 18, 2025 |

| Event | Current Date | Proposed Date |
|---|---|---|
| File joint report regarding narrowing number of claims asserted and prior art references at issue | Friday, March 21, 2025 | Friday, April 18, 2025 |
| Deadline for any dispositive motions and *Daubert* motions (-578 Case only) | Friday, March 28, 2025 | Monday, April 21, 2025 |
| Serve pretrial disclosures (jury instructions, exhibit lists, witness lists, deposition designations) | Friday, April 11, 2025 | Monday, April 28, 2025 |
| Deadline for responses to any dispositive and *Daubert* motions (-578 Case only) | Friday, April 18, 2025 | Monday, May 5, 2025 |
| Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference dates. | Monday, May 5, 2025 | Friday, May 9, 2025 |
| Deadline for replies in support of any dispositive and *Daubert* motions (-578 Case only) | Friday, April 25, 2025 | Monday, May 12, 2025 |
| Serve objections to pretrial disclosures/rebuttal disclosures (-578 Case only). | Friday, May 2, 2025 | Wednesday, May 14, 2025 |
| Serve objections to rebuttal disclosures and file Motions in Limine (-578 Case only). | Friday, May 16, 2025 | Wednesday, May 28, 2025 |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to Motions in Limine | Friday, May 30, 2025 | Wednesday, June 4, 2025 |

| Event | Current Date | Proposed Date |
|---|---|---|
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on Motions in Limine (-578 Case only) | Friday, June 6, 2025 | Monday, June 9, 2025 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on Motions in Limine (-578 Case only). | Friday, June 6, 2025 | Monday, June 9, 2025 |
| Final Pretrial Conference | Tuesday, June 10, 2025 | Friday, June 13, 2025 |
| Jury Selection/Trial for -578, -580, and -584 Cases | Monday, June 23, 2025 | Monday, June 23, 2025 |

SIGNED this _____ day of _____ 2025.


                                          _____
                                          ALAN D ALBRIGHT
                                          UNITED STATES DISTRICT JUDGE