**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

§
§
§
§
§

## ORDER REGARDING WACO DIVISION DOCKET

Due to the potential for future conflicts, it is hereby **ORDERED** that all hearings, pretrial

conference, and trial dates in these cases are hereby **VACATED.**

**IT IS SO ORDERED.**

**SIGNED** this 24th day of April, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

# APPENDIX A

| | |
|---|---|
| 6-20-cv-18 | Jiaxing Super Lighting Electric Appliance, Co., Ltd. et al v. CH Lighting Technology Co., Ltd. et al |
| 6-20-cv-578 | WSOU Investments LLC v. Google LLC |
| 6-20-cv-580 | WSOU Investments LLC v. Google LLC |
| 6-20-cv-584 | WSOU Investments LLC v. Google LLC |
| 6-22-cv-997 | Lower48 IP LLC v. Shopify, Inc. |
| 6-22-cv-1162 | ParkerVision, Inc. v. Realtek Semiconductor Corp. |
| 6-23-cv-374 | ParkerVision, Inc. v. Realtek Semiconductor Corp. |
| 6-24-cv-163 | Cellco Partnership v. TRAXCELL TECHNOLOGIES, LLC et al |
| 6-24-cv-187 | Align Technology, Inc. v. ClearCorrect Operating, LLC et al |
| 6-24-cv-461 | Yuan Mei Corporation v. All Season Power LLC et al |
| 6-24-cv-472 | Collabo Innovations, Inc. v. Qualcomm Incorporated et al |
| 6-24-mc-487 | ClearCorrect Holdings, Inc. et al v. Align Technology, Inc. |
| 6-24-cv-563 | Burton v. AMAZON.COM Services, LLC, et al |